**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**RAYMOND RODRIGUEZ,**

                **Plaintiff,**

    v.                                         **CASE NO. 19-3118-SAC**

**(FNU) WEST, et al.,**

                **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff Raymond Rodriguez filed this *pro se* 42 U.S.C. § 1983 action against Lieutenant West, Captain McCord, and Officer Brandt Helsel of the Liberal Police Department.  When Mr. Rodriguez filed his complaint and his motion for leave to proceed *in forma pauperis* on July 5, 2019, he indicated that his return address was 1806 Pinecrest Circle, in Winfield, Kansas. (Doc. 1, p. 1.) In March 2020, Mr. Rodriguez wrote to the Court to inquire about the status of this matter; the envelope containing the letter had a return address of 1017 S. Market Street, in Wichita, Kansas. (Doc. 8-1.) Mr. Rodriguez has filed nothing further in this case.

In August 2021, the Court issued a memorandum and order directing the Liberal Police Department to provide additional information. (Doc. 9.) This order was mailed to Mr. Rodriguez' last known address in Wichita, but on August 12, 2021, it was returned to the Court with markings indicating it was "not deliverable as addressed" and the postal service was unable to forward it. (Doc. 10.) Consequently, it appears that Mr. Rodriguez has failed to comply with rules of the Court which require every party, including a party proceeding pro se, to notify the Court in writing of a change of address.   See D. Kan. R. 5.1(c).

**IT IS THEREFORE ORDERED** that Plaintiff is granted twenty (20) days to show cause why this matter should not be dismissed without prejudice for lack of prosecution. The failure to file a timely response may result in the dismissal of this matter without prior notice to Plaintiff.

A copy of this Order shall be transmitted to Plaintiff at his last known address.

**IT IS SO ORDERED.**

DATED:   This 7th day of October, 2021, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge